

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2018

No. 04-18-00307-CR

Christian **HART**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 17-05-00037-CRK
Honorable Russell Wilson, Judge Presiding

# O R D E R

After we granted court reporter Leticia M. Escamilla's first, second, and third motions for extension of time to file the reporter's record, the record was due on September 5, 2018. *See* TEX. R. APP. P. 35.3(c).

On September 7, 2018, the court reporter advised this court of the reasons for the delays, and by regular telephone calls to court staff, she kept the court informed of her progress. She filed the final portions of the record on September 13, 2018.

The reporter's record is filed. Appellant's brief is due on October 15, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court